# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MADER, MICHAEL | § | Case No. 09-46455 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
## CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 08/03/2012 in Courtroom ,

North Branch Court
1792 Nicole Lane
Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____      By: _____
                                                  Clerk, U.S. Bankruptcy Court

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MADER, MICHAEL | § | Case No. 09-46455 |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 6,002.46 |
| and approved disbursements of | $ | 67.73 |
| leaving a balance on hand of[1] | $ | 5,934.73 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 1,350.25 | $ 0.00 | $ 1,350.25 |
| Trustee Expenses: JOSEPH E. COHEN | $ 62.76 | $ 0.00 | $ 62.76 |
| Attorney for Trustee Fees: Cohen & Krol | $ 1,542.50 | $ 0.00 | $ 1,542.50 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 7.95 | $ 7.95 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 2,955.51 |
| Remaining Balance | $ | 2,979.22 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 116,180.46  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  2.6  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Advanta Bank Corp. in receivership of FDIC c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ 26,319.90 | $ 0.00 | $ 674.92 |
| 000002 | Chase Bank USA NA PO BOX 15145 Wilmington, DE 19850-5145 | $ 14,427.98 | $ 0.00 | $ 369.98 |
| 000003 | Chase Bank USA NA PO BOX 15145 Wilmington, DE 19850-5145 | $ 15,774.57 | $ 0.00 | $ 404.51 |
| 000004 | Walworth County Treasurer 100 W. Walworth, P.O. Box 1001 Elkhorn, WI 53121 | $ 9,652.34 | $ 0.00 | $ 247.52 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 6,410.30 | $ 0.00 | $ 164.38 |
| 000006 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 536.53 | $ 0.00 | $ 13.76 |
| 000007 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 26,185.81 | $ 0.00 | $ 671.48 |
| 000008 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $ 16,554.32 | $ 0.00 | $ 424.50 |
| 000009 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $ 318.71 | $ 0.00 | $ 8.17 |

Total to be paid to timely general unsecured creditors   $ 2,979.22

Remaining Balance   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN

TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 09-46455-ABG
Michael Mader                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: csimmons          Page 1 of 3          Date Rcvd: Jul 09, 2012
                              Form ID: pdf006          Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2012.
db        +Michael Mader,   13 Aberdeen Road,   Hawthorn Woods, IL 60047-9202
16694733   Advanta Bank Corp. in receivership of,   FDIC,   c o Becket and Lee LLP,   POB 3001,
           Malvern, PA 19355-0701
14821772   American Express,   P.O. Box 0001,   Los Angeles, CA 90096-8000
14821771   American Express (Costco),   P.O. Box 0001,   Los Angeles, CA 90096-8000
16869343   American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
14821760   Bank of America,   P.O. Box 15019,   Wilmington, DE 19886-5019
14821769   Bank of America/Bankcard Center,   P.O. Box 15184,   Wilmington, DE 19850-5184
14821759  +Barrington Anesthesia,   8135 N. Milwaukee Avenue,   Niles, IL 60714-2828
14821763   Capital One Bank,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
14821753   Cardiothoracic & Vascular Surgical Assoc.,   P.O. Box 3722,   Springfield, IL 62708-3722
16698013   Chase Bank USA NA,   PO BOX 15145,   Wilmington, DE 19850-5145
14821775   Club Wyndham Plus,   P.O. Box 340090,   Boston, MA 02241-0490
14821777   Club Wyndham Plus,   P.O. Box 3876,   Boston, MA 02241-3876
14821754  +Global Care, SC,   d/b/a/ Palatine Heart Center,   523 Old Northwest Highway, Suite 101,
           Barrington, IL 60010-6820
15094511  +Good Shepherd Hospital,   450 W. Highway 22,   Barrington, IL 60010-1999
14821750  +Good Shepherd Hospital,   450 W. Highway 22,   Barrington, IL 60010-1999
14821746  +Law Offices of John Haderlein, Esq.,   815-C Country Club Drive,   Libertyville, IL 60048-3430
14821747  +M&I Marshall & Isley Bank,   770 N. Water Street,   Milwaukee, WI 53202-3509
14821756   Midwest Diagnostic Pathology, SC,   75 Remittance Drive, Suite 3070,   Chicago, IL 60675-3070
14821757  +Nephrology Associates or N Illinois,   P.O. Box 3369,   Oak Park, IL 60303-3369
14821758  +Northwest Community Hospital,   3060 Salt Creek, Suite 110,   Arlington Heights, IL 60005-5027
14821765   Slate/Chase Cardmember Card Service,   P.O. Box 15153,   Wilmington, DE 19886-5153
14821762   Slate/Chase Cardmember Service,   P.O. Box 15153,   Wilmington, DE 19886-5153
14821752  +The Elgin Clinic, Ltd.,   1530 N. Randall Road Suit 200,   Elgin, IL 60123-7879
14821764  ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
           (address filed with court: US Bank,   P.O. Box 790408,   St. Louis, MO 63179-0408)
14821749  +Walworth County Treasurer,   100 W. Walworth, P.O. Box 1001,   Elkhorn, WI 53121-1001
14821755   Wellington Radiology Group, SC/GSR,   39006 Treasury Center,   Chicago, IL 60694-9000
14821766  +Wells Fargo Business Direct,   P.O. Box 348750,   Sacramento, CA 95834-8750
14821776   Wyndham Vacation Resorts,   P.O. Box 414504,   Boston, MA 02241-4504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14821770   E-mail/Text: bkr@cardworks.com Jul 10 2012 01:17:46     Advanta Bank Corp.,   P.O. Box 8088,
           Philadelphia, PA 19101-8088
17082757   E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 10 2012 01:53:05
           FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,   PO Box 248809,
           Oklahoma City, OK  73124-8809
14821751  +E-mail/Text: kprivitt@alpinefamily.net Jul 10 2012 01:18:17     Global Care, SC,
           d/b/a Barrington Inpatient Specialists,   350 Surryse Road, Suite 100,
           Lake Zurich, IL 60047-3217
                                                                             TOTAL: 3


        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14821773*  American Express,   P.O. Box 0001,   Los Angeles, CA 90096-8000
16869345*  American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16869344*  American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
14821761*  Bank of America,   P.O. Box 15019,   Wilmington, DE 19886-5019
14821767*  Capital One Bank,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
14821768*  Capital One Bank,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
15094512* +Good Shepherd Hospital,   450 W. Highway 22,   Barrington, IL 60010-1999
14821748* +M&I Marshall & Isley Bank,   770 N. Water Street,   Milwaukee, WI 53202-3509
14821745* +Michael Mader,   13 Aberdeen Road,   Hawthorn Woods, IL 60047-9202
14821774   ##Advanced Automotive,   1050 Ensell Road,   Suite 124,   Lake Zurich, IL 60047-6719
                                                            TOTALS: 0, * 9, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: csimmons           Page 2 of 3              Date Rcvd: Jul 09, 2012
                              Form ID: pdf006          Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 11, 2012**                    **Signature:**

```
District/off: 0752-1          User: csimmons          Page 3 of 3          Date Rcvd: Jul 09, 2012
                             Form ID: pdf006          Total Noticed: 32
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 7, 2012 at the address(es) listed below:

       Dana N O'Brien    on behalf of Creditor  FCI National Lender Services dobrien@atty-pierce.com,
        northerndistrict@atty-pierce.com
       Gina B Krol    gkrol@cohenandkrol.com,
        gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.co
        m
       John A Haderlein    on behalf of Debtor Michael Mader schmada@yahoo.com
       Joseph E Cohen    jcohenattorney@aol.com,  jcohen@ecf.epiqsystems.com;jcohen@cohenandkrol.com
       Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                         TOTAL: 5