UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
MADER, MICHAEL § Case No. 09-46455
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/JOSEPH E. COHEN _____
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | ADVANTA BANK CORP. IN RECEIVERSHIP | | | | | |
| 000007 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000006 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000005 | AMERICAN EXPRESS BANK, FSB | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | CHASE BANK USA NA | | | | | |
| 000002 | CHASE BANK USA NA | | | | | |
| 000009 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000008 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000004 | WALWORTH COUNTY TREASURER | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-46455 | ABG | Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|---|
| Case Name: | MADER, MICHAEL | | | | Date Filed (f) or Converted (c): | 12/08/09 (f) |
| | | | | | 341(a) Meeting Date: | 01/04/10 |
| For Period Ending: | 01/16/13 | | | | Claims Bar Date: | 04/11/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. VEHICLE | 4,400.00 | 6,000.00 | | 6,000.00 | 0.00 |
| 2. REAL ESTATE | 150,000.00 | 0.00 | | 0.00 | 0.00 |
| 3. CASH | 44.00 | 0.00 | | 0.00 | 0.00 |
| 4. CHECKING | 356.00 | 0.00 | | 0.00 | 0.00 |
| 5. HOUSEHOLD GOODS | 500.00 | 0.00 | | 0.00 | 0.00 |
| 6. APPAREL | 500.00 | 0.00 | | 0.00 | 0.00 |
| 7. STOCK | 100.00 | 0.00 | | 0.00 | 0.00 |
| 8. INVENTORY | 30,000.00 | 5,000.00 | | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.56 | Unknown |
| TOTALS (Excluding Unknown Values) | $185,900.00 | $11,000.00 | | $6,002.56 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS FILED A MOTION TO SELL DEBTORS VEHICLE BACK TO DEBTOR FOR $6,000.00 NET OF EXEMPTIONS.  MOTION HAS BEEN GRANTED.  TRUSTEE TO REVIEW CLAIMS AND PREPARE DRAFT OF FINAL REPORT.  TRUSTEE HAS SUBMITTED FINAL REPORT TO UST FOR REVIEW AND APPROVAL.

Initial Projected Date of Final Report (TFR): 04/30/13     Current Projected Date of Final Report (TFR): 07/30/12

LFORM1                                                                                                                                               Ver: 17.01
**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 09-46455 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MADER, MICHAEL | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1189 BofA - Money Market Account |
| Taxpayer ID No: | *******3997 | | | |
| For Period Ending: | 01/16/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/17/10 | 1 | Michael Mader | Down payment for purchase of car | 1129-000 | 3,000.00 | | 3,000.00 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 3,000.02 |
| 03/10/10 | 1 | MICHAEL MADER | Sale of Vehicle | 1129-000 | 3,000.00 | | 6,000.02 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.13 | | 6,000.15 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,000.30 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,000.45 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,000.60 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,000.75 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,000.91 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,001.06 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.14 | | 6,001.20 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,001.36 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,001.51 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,001.66 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,001.71 |
| 03/29/11 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 2.94 | 5,998.77 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,998.82 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,998.87 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,998.92 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,998.97 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,999.02 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,999.07 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,999.12 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,999.17 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.64 | 5,991.53 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,991.58 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.39 | 5,984.19 |

Page Subtotals 6,002.16 17.97

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-46455 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MADER, MICHAEL | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1189 BofA - Money Market Account |
| Taxpayer ID No: | *******3997 | | | |
| For Period Ending: | 01/16/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,984.24 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.38 | 5,976.86 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,976.91 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.84 | 5,969.07 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,969.12 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.09 | 5,962.03 |
| 03/11/12 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 5.01 | 5,957.02 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,957.07 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.33 | 5,949.74 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 5,949.79 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.56 | 5,942.23 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,942.28 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.55 | 5,934.73 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,934.78 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,934.83 |
| 08/01/12 | | Transfer to Acct #*******2277 | Final Posting Transfer | 9999-000 | | 5,934.83 | 0.00 |

| | COLUMN TOTALS | 6,002.56 | 6,002.56 | 0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 0.00 | 5,934.83 | |
| | Subtotal | 6,002.56 | 67.73 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 6,002.56 | 67.73 | |

Page Subtotals 0.40 5,984.59

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 3

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-46455 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MADER, MICHAEL | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2277 BofA - Checking Account |
| Taxpayer ID No: | *******3997 | | | |
| For Period Ending: | 01/16/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/01/12 | | Transfer from Acct #*******1189 | Transfer In From MMA Account | 9999-000 | 5,934.83 | | 5,934.83 |
| 08/06/12 | 003001 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 1,350.25 | 4,584.58 |
| 08/06/12 | 003002 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Expenses | 2200-000 | | 62.76 | 4,521.82 |
| 08/06/12 | 003003 | Cohen & Krol | Attorney for Trustee fees | 3110-000 | | 1,028.34 | 3,493.48 |
| 08/06/12 | 003004 | Joseph E. Cohen | Attorney for Trustee fees | 3110-000 | | 514.16 | 2,979.32 |
| 08/06/12 | 003005 | Advanta Bank Corp. in receivership of<br>FDIC<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000001, Payment 2.56437% | 7100-000 | | 674.94 | 2,304.38 |
| 08/06/12 | 003006 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Claim 000002, Payment 2.56439% | 7100-000 | | 369.99 | 1,934.39 |
| 08/06/12 | 003007 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Claim 000003, Payment 2.56438% | 7100-000 | | 404.52 | 1,529.87 |
| * 08/06/12 | 003008 | Walworth County Treasurer<br>100 W. Walworth, P.O. Box 1001<br>Elkhorn, WI 53121 | Claim 000004, Payment 2.56435% | 7100-003 | | 247.52 | 1,282.35 |
| 08/06/12 | 003009 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000005, Payment 2.56447% | 7100-000 | | 164.39 | 1,117.96 |

Page Subtotals     5,934.83     4,816.87

Ver: 17.01

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-46455 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | MADER, MICHAEL | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2277 BofA - Checking Account |
| Taxpayer ID No: | *******3997 | | | |
| For Period Ending: | 01/16/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | 5<br>Uniform Tran. Code | Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|---|
| | 08/06/12 | 003010 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000006, Payment 2.56463% | 7100-000 | | 13.76 | 1,104.20 |
| | 08/06/12 | 003011 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000007, Payment 2.56440% | 7100-000 | | 671.51 | 432.69 |
| | 08/06/12 | 003012 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000008, Payment 2.56441% | 7100-000 | | 424.52 | 8.17 |
| | 08/06/12 | 003013 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000009, Payment 2.56346% | 7100-000 | | 8.17 | 0.00 |
| * | 12/17/12 | 003008 | Walworth County Treasurer<br>100 W. Walworth, P.O. Box 1001<br>Elkhorn, WI 53121 | Claim 000004, Payment 2.56435% | 7100-003 | | -247.52 | 247.52 |
| | 12/17/12 | 003014 | United States Bankruptcy Court<br>IL | Claim 000004, Payment 2.56435% | 7100-001 | | 247.52 | 0.00 |

Page Subtotals      0.00      1,117.96

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-46455 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MADER, MICHAEL | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2277 BofA - Checking Account |
| Taxpayer ID No: | *******3997 | | | |
| For Period Ending: | 01/16/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,934.83 | 5,934.83 | 0.00 |
| Less: Bank Transfers/CD's | 5,934.83 | 0.00 | |
| Subtotal | 0.00 | 5,934.83 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 5,934.83 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| BofA - Money Market Account - ********1189 | 6,002.56 | 67.73 | 0.00 |
| BofA - Checking Account - ********2277 | 0.00 | 5,934.83 | 0.00 |
| | 6,002.56 | 6,002.56 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00         0.00

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*